# EXHIBIT A

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BONNIE BROQUET, *et al.* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| AND | § | |
| | § | |
| AMADOR LAZO, INDIVIDUALLY, | § | |
| And as Next Friend of BRITTANY | § | |
| LAZO, MINOR | § | CIVIL ACTION NO. _____ |
| | § | |
| Intervenor, | § | |
| | § | |
| VS. | § | |
| | § | |
| MICROSOFT CORPORATION, *et al.* | § | |
| | § | |
| Defendant. | § | |

## INDEX OF ALL MATTERS BEING FILED IN SUPPORT OF THIS NOTICE OF REMOVAL

A. Index of All Matters Being Filed in Support of this Notice of Removal;

B. The state court docket sheet for this Action;

C. All executed process in this Action; all pleadings asserting causes of action in this Action (*e.g.*, petitions, counterclaims, cross actions, third-party actions and interventions) and all answers to such pleadings, as well as all orders signed by the state court judge in this Action;

D. List of all counsel of record;

E. Plaintiff/Intervenor Amador Lazo's March 19, 2008 letter demanding an amount in excess of $5 million in this Action; and

F. Notice to State Court of Removal of Civil Action.