# EXHIBIT B

# CIVIL DOCKET

S/M Inc, Dallas 1-800-648-702

CASE NO. DC-06-218

| NUMBER OF CASE | | | | KIND OF ACTION | DATE OF FILING | | |
|---|---|---|---|---|---|---|---|
| DC-06-218 | BONNIE BROQUET, INDIVIDUALLY, AND AS NEXT FRIEND AND AS LEGALLY APPOINTED REPRESENTATIVE OF KAYLA DEANNE LAZO LAZO (A MINOR) Plaintiff, vs. MICROSOFT CORPORATION, GAMESTOP CORP, GAMESTOP OF TEXAS (GP), LLC, GAMESTOP TEXAS LP, AND ROEL SANTOS Defendants. | ATTORNEYS: Douglas A. Allison Plaintiff Jerry K. Lemon Elsie G. Lemon Douglas Fleming  Darrell L. Barger Edie Gonzalez-Lemon Defendant | Damages (2) | | Month | Day | Year |
| | | | | | 8 | 4 | 06 |
| | | | | | Jury Demanded by CR# 68888 8/4/06 | | |
| | | | | | Jury Fee $30.00 | | |
| | | | | | Paid by Douglas Allison | | |
| | | | | | PROCESS | | |

| FEE BOOK | | | Minute Book | |
|---|---|---|---|---|
| Vol. | Page | | Vol. | Page |

| DATE OF ORDERS | | | ORDERS OF COURT |
|---|---|---|---|
| Mo. | Day | Year | |
| 8 | 4 | 06 | Pl. filed Original Pet. + Jury Demand |
| 8 | 14 | 06 | Defts. Gamestop Texas LP, Gamestop of Texas (GP) LLC; and Gamestop Corp. were all served by c/mail through CT Corporation System, Reg. Agent |
| 8 | 15 | 06 | A Microsoft Corp was served by C/mail through Corporation Service Company, Reg. Agent. |
| 8 | 18 | 06 | A Microsoft Corporation filed Original Answer, General Denial |
| 8 | 21 | 06 | Defts. Gamestop, Corp., Gamestop of Texas (GP) LLC, Gamestop Texas LP and Roel Santos filed Original Answer, General Denial |
| 9 | 5 | 06 | Parties filed Agreed Motion to Consolidate for Discovery Purposes Consolidating this cause with DC-06-209 Lazo Lawsuit pending in this Court.  Order granting signed on 9-7-06. |
| 9 | 19 | 06 | Citation to A Roel Santos, Manager of Gamestop, by c/mail was returned "Return to Sender Unclaimed, Unable to forward" |
| 9 | 26 | 06 | Applicants Patrick D. McVey and Douglas H. Fleming filed Unopposed Motions for Admission Pro Hace Vice; and Motions of Resident Attorney in Support of Unopposed Motions of Nonresident Attorney for Admission Pro Hac Vice |
| 9 | 27 | 06 | Ct. signed Order Granting Admission Pro Hac Vice for Patrick D. McVey and Douglas H. Fleming |

vs.                                                                 No. _____

| Date of Orders | | | ORDERS OF COURT CONTINUED | Minute Book Vol. | Page |
|---|---|---|---|---|---|
| Month | Day | Year | | | |
| 11 | 30 | 06 | Non Party, San Diego Municipal Utility District No. 1, filed Mot. to Quash Subpoena and Alternative Mot. for Protective Order | | |
| 12 | 8 | 06 | Δ Microsoft Corporation filed Emergency Mot. to Compel Deposition of Israel Gonzalez & for Expedited Hearing | | |
| 12 | 11 | 06 | π filed Mot. to Quash Δ Microsoft Corporation's Notice of Oral Deposition of Israel Gonzalez | | |
| 1 | 11 | 07 | π filed Agreed Mot. for Temporary Restraining Order and Application for Temporary Injunction. Ct signed TRO & Order Setting Hearing for Temp Inj. Hearing set for Feb 5, 2007 @ 4:30 p.m. | | |
| 1 | 12 | 07 | π filed Mot. to Quash Δ Microsoft Corporation's Notice of Oral Deposition of Brian Martinez | | |
| 1 | 30 | 07 | Δ Microsoft filed Notice of Appearance of Eduardo Roberto Rodriguez, Jaime A. Saenz and Aileen D. Kennerson as additional Counsel of record | | |
| 1 | 30 | 07 | Stipulated Protective Order signed by the ct. | | |
| 1 | 31 | 07 | Δ Microsoft filed Mot. to Quash π's Notice of the Oral/Videotaped Depo. of Ruben Gonzalez. Served writ of injunction returned for filing. Ya bonus was denied on 1-18-07 | | |
| 2 | 1 | 07 | π filed Mot. to Quash Δ Microsoft's Notice of Oral Depo. of Israel Gonzalez | | |
| 2 | 6 | 07 | Orig. for π's + Δs p-i-o ct + submitted to the ct an agreed Temporary Injunction Order. Ct signed same. | | |
| 2 | 5 | 07 | Intervenor Amelia Ruiz, individually filed Petition in Intervention | | |
| 2 | 9 | 07 | Δ Microsoft Corp. filed Original Answer. General Denial | | |
| 2 | 26 | 07 | Δ Microsoft filed Answer to Intervenor Petition in Intervention, General + Verified Denials | | |
| 2 | 23 | 07 | | | |

# CIVIL DOCKET

CASE NO. DC-06-218

| NUMBER OF CASE | STYLE OF CASE | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|---|
| DC-06-218 | Bonnie Broquet, et al vs Microsoft Corp, et al | Plaintiff / Defendant | | Month 8 / Day 4 / Year 06 |

Jury Demanded by
Jury Fee, $
Paid by

FEE BOOK Vol. / Page

| DATE OF ORDERS | | | ORDERS OF COURT |
|---|---|---|---|
| Mo. | Day | Year | |
| 3 | 1 | 07 | πs filed Notice of Appearance of Victor Cardo & Adam Ponio (s) additional counsel for π |
| 3 | 5 | 07 | As Demoetap Corp., Demoetap of Juvai (GP) LLC, Demoetap Juvai LP and Ruil Santos filed Original Answer to Intervenors Petition in Intervention |
| 3 | 20 | 07 | πs filed Mot. to Compel Δ Microsoft Corporation's Answers and Responses to πs' first set of Interrogatories and Requests for Production; hearing set for 4-17-07 @ 4:30 p.m. |
| 4 | 4 | 07 | Deft. Microsoft Corp. filed Motion to Quash Pltf's Notice of the Oral/Videotaped Depositions of Dean Shirley, Israel Gonzalez and Nicolas Juarez |
| 4 | 5 | 07 | Microsoft filed Mot. to Strike πs' & Intervenors' Respective Motions to Compel |
| 4 | 10 | 07 | Intervenor Amador Juzo filed Mot. to Compel Δ Microsoft's Responses to Intervenors' Request for Production |
| 4 | 10 | 07 | Microsoft filed Affidavits in Response to πs & Intervenors' Motions to Compel; and Mot. to Compel Inspection |

S/M Inc., Dallas 1-800-648-7022

000058

| Date of Orders | | | ORDERS OF COURT CONTINUED | Minute Book |  |
|---|---|---|---|---|---|
| Month | Day | Year | | Vol. | Page |
| 4 | 12 | 07 | Δ Microsoft Corp. filed Cross-Motions for Protective Orders and Responses to π's and to Intervenors Motions to Compel. | | |
| 4 | 16 | 07 | π filed Mot. to Quash Δ Microsoft's Notice of Oral Deposition of Romeo Ramirez and Nicholas Gowers | | |
| 4 | 17 | 07 | Hearing held on Microsoft's mot. to Compel Inspection, atty. reach agreement as to the need. | | |
| 4 | 17 | 07 | Hearing held on π's & Intervenors motions to Compel Discovery & Cross-mot. for Protective order of Microsoft. Parties reach agreement as to the need. with Microsoft's objection. Jun Sang to submit brief to the ct on the objections & ct rule thereafter. π's & Intervenors atty. to also file brief on Microsoft objections. Microsoft's mot. to strike mots. to compel not urged. Case set on 4-19-07 at 1:30pm for status report hearing or discovery status report hearing held. Ct instructed the atty. to report a hearing should one be needed on the mot. to compel. | | |
| 4 | 19 | 07 | | | |
| 4 | 27 | 07 | π filed First Amended Original Petition adding As Yi-Hsu Industrial Co., Ltd. & YBT Antiventional, Inc. | | |
| 5 | 1 | 07 | Δ Microsoft filed Supplemental Response to π's Mot. to Compel Discovery Responses. | | |
| 5 | 2 | 07 | π filed Objections to Δ Microsoft Corp.'s Deposition on Written Questions to La Sharnies Pharmacy and Mot. to Quash. | | |
| 5 | 4 | 07 | Δ Yi-Hsu Industrial Co. LTD was served by ymail on 5-1-07, green card signed by Brian Sprague, Reg. Agent. | | |
| 5 | 7 | 07 | Δ YBT Antiventional, Inc. was served by ymail on 5-1-07, green card signed by Brian Sprague, Reg. Agent. | | |

# CIVIL DOCKET

S/M Inc., Dallas 1-800-648-7022

CASE NO. DC-06-218

| NUMBER OF CASE | STYLE OF CASE | ATTORNEYS | KIND OF ACTION | DATE OF FILING ||||
|---|---|---|---|---|---|---|---|
| | | | | Month | Day | Year ||
| DC-06-218 | Bonnie Braquet, et al Plaintiff. | Douglas A. Allison | | 8 | 4 | 06 ||
| FEE BOOK | vs | | Jury Demanded by | | | | |
| Vol.  Page | Microsoft Corp., et al Defendant. | Scot G. Doyen | Jury Fee, $ | | | | |
| | | | Paid by | | | | |
| | | | | Minute Book | | PROCESS | |
| | | | | Vol. | Page | | |

## ORDERS OF COURT

| DATE OF ORDERS ||| |
|---|---|---|---|
| Mo. | Day | Year | |
| 5 | 21 | 07 | Citation issued to JI Haw Industrial Co. Ltd on 4-27-07 was returned "unclaimed Return to sender." |
| 5 | 24 | 07 | Parties agreed to 5-24-07 hearing was off return. |
| 5 | 29 | 07 | As of JI-Haw Industrial Co., LTD & JBT International, Inc. filed Special Appearance & Original Answer, Special Exceptions, General Denial |
| 6 | 14 | 07 | A Microsoft filed Mot. to Compel Responses to the Deposition on Written Questions of La Marinde Pharmacy; hearing set on 6/21/07 @ 2:00 p.m. |
| 6 | 21 | 07 | Hearing held on Microsoft's mot. to Compel Discovery - ct granted Microsoft's mot. to Compel Discovery. no order signed |
| 6 | 27 | 07 | Joe Barnes filed Petition in Intervention & Jury Demand |
| 7 | 2 | 07 | Attys. agreed to cont 7-3-07 hearing on JI-Haw Industrial's Special appearance |
| 7 | 3 | 07 | Ct signed order granting A Microsoft Corporation's Mot. to Compel Responses to the Deposition on Written Questions of La Marinde Pharmacy |

| Date of Orders | | | ORDERS OF COURT CONTINUED | Minute Book |
|---|---|---|---|---|
| Month | Day | Year | | Vol. / Page |
| 7 | 10 | 07 | Deft. Microsoft filed Motion to Designate Co-Defendants Gamestop Corp., Gamestop of Texas (GP), LLC, Gamestop Texas LP, Roel Santos, Ji-Haw Industrial Co., LTD. A/K/A Ji-Haw America, Inc., and JH America, Inc. and JBT International, Inc. A/K/A Ji-Haw America, Inc. and JH America, Inc., Intervenor Jose Gomez and Plaintiff Bonnie Broquet as Responsible Third Parties | |
| 7 | 14 | 07 | Defts. Gamestop, Corp., Gamestop of Texas (GP) LLC and Gamestop Texas LP filed Original Answer to Intervenor Jose Gomez's Petition in Intervention, General Denial | |
| 7 | 14 | 07 | Deft. Microsoft filed Original Answer to Intervenor Jose Gomez's Petition in Intervention, General Denial | |
| 7 | 20 | 07 | Defts. Gamestop and Roel Santos filed First Amended Original Answer and Cross-Action against co-defts. Ji-Haw Industrial Co., LTD a/k/a Ji-Haw America, Inc. and JH America, Inc. and JBT International, Inc. aka Ji-Haw America, Inc. and JH America, Inc.; and Motion to Add Ji-Haw Defendants as Responsible Third Parties | |
| 7 | 20 | 07 | Deft. Microsoft filed Motion to Quash Depositions of Ronald Munoz, Nicolas Juarez, Bonnie Broquet and Romeo Ramirez | |
| 7 | 25 | 07 | Pltf. filed Motion to Quash Deft. Microsoft's Notice of Oral Deposition of Romeo Ramirez, Nicolas Juarez and Bonnie Broquet; and Motion to Compel the Deposition of Nicolas Juarez, Romeo Ramirez, Ronald Munoz and Bonnie Broquet | |
| 8 | 2 | 07 | Deft. Microsoft filed Original Cross-Claims against Ji-Haw Defendants; and Opposition to the Special Appearances by Ji-Haw Defendants, or in the Alternative, Verified Motion for Continuance of the Hearing on the Special Exceptions | |
| 8 | 6 | 07 | Defts. Gamestop and Roel Santos filed Opposition to Ji-Haw Defendants Special Appearance and in the Alternative, Motion to Continue Hearing on the Special Appearnce of Ji-Haw Defendants | |
| 8 | 6 | 07 | Pltf. filed Objections to Deft. Microsoft's Deposition on Written Questions to AT&T and Sprint PCS/SPRINT Spectrum, L.P. and Motion to Quash | |
| 8 | 6 | 07 | As Demster & Rel Sastos filed first Amended Cross-claims against the Ji-Haw As | |
| 8 | 8 | 07 | A Microsoft filed opposition to Pls' Mot. to Quash Depo. on written Questions to AT&T and Sprint PCS | |
| 8 | 8 | 07 | Intervenor Amador Yazo filed first Amended Petition in Intervention & Reply to Ji-Haw Industrial Co., LTD's and JBT International, Inc. Special Appearance | |
| 8 | 9 | 07 | Att'y present for Judicial conference. Atty agreed to cont 9-10-07 trial setting, & will submit agreed Dc order. Trial is 12-10-07. Ct ruled overTL's objection to Microsoft Deposition to Plano record & mot. to Quash. Ct ruled from the bench on Microsoft mot. to | |

# CIVIL DOCKET

**CASE NO.** DC:06-218

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING |||
|---|---|---|---|---|---|---|
| | | | | Mo. | Day | Year |
| | Bonnie Roquet et al | Doug Allison Pltf. | Damages | 8 | 4 | 06 |
| DC06-218 | vs. | | Jury Fee. | | | |
| | Microsoft Corp, et al | Douglas Fleming Darrell Baugn Dft. | Paid by | | | |
| | | | Jury No. | | | |

| DATE OF ORDERS ||| ORDERS OF COURT | MINUTE BOOK || PROCESS |
|---|---|---|---|---|---|---|
| Mo. | Day | Year | Was Stenographer Used? | Vol. | Page | |
| 8 | 9 | 07 | Designates Responsible Third Parties. Ct ruled from the bench on TT's Motion to Compel Discovery Depositions. Hearing held on Ji-Haw & BT's Special Appearances + Bannie, Santos + Microsoft's opposition to the special appearance. Ruling held in abeyance. | | | |
| 8 | 13 | 07 | A Microsoft filed Reply in Support of its Opposition to the Special Appearances by the Ji-Haw Dfs as in the Alternative, Verified Motion for Continuance of the Hearing | | | |
| 8 | 14 | 07 | A Microsoft filed Mot. to Quash Depositions | | | |
| 8 | 14 | 07 | As Bannstop + Raul Santos filed Mot. to Quash Depositions | | | |
| 8 | 21 | 07 | Ct. signed Order Denying Special Appearance of Ji-Haw Industrial Co., Ltd a/k/a Ji-Haw International, Inc. and GBT America, Inc. and GBT International, Inc. a/k/a Ji-Haw America, Inc. and GH America, Inc. and G H America, Inc. | | | |

vs.           No.

| DATE OF ORDERS | | | ORDERS OF COURT / PROCESS | MINUTE BOOK | |
|---|---|---|---|---|---|
| Mo. | Day | Year | | Vol. | Page |
| 8 | 22 | 07 | A Dicreept Jud. Mot. to Quash Depositions | | |
| 9 | 6 | 07 | Defts. Ji-Haw Industrial Co., Ltd. and JBT International, Inc. filed Notice of Appeal (of the court's Order Denying Defts. Ji-Haw Industrial Co., Ltd. and JBT International, Inc.'s Special Appearances signed on 8-21-07), filed Request to Prepare a Partial Reporter's Record, Request for Findings of Fact and Conclusions of Law, Request for Documents to be Included in the Clerk's Record | | |

000063