# EXHIBIT D

Dockets.Justia.com

## LIST OF PARTIES AND ATTORNEYS

**ATTORNEY FOR PLAINTIFF BONNIE BROQUET / NELDA GOMEZ**

Douglas A. Allison
Law Offices of Douglas A. Allison
500 North Water Street
South Tower – Suite 1200
Corpus Christi, TX 78471
361-888-6002

Adam Poncio
Cerda & Poncio
924 McCullough Avenue
San Antonio, TX 78215-1642
210 212 7979

**ATTORNEY FOR INTERVENOR AMADOR LAZO**

William J. Tinning
Law Offices of William J. Tinning, PC
1013 Bluff Drive
Portland, TX 78374
361-643-9200

Jaime E. Carrillo
Carrillo Law Office LLP
721 E. King
Kingsville, TX 78363
361-595-4142

Charles L. Barrera
Barrera & Barrera
107 S. Seguin
San Diego, TX 78384
361-279-2505

**ATTORNEY FOR INTERVENOR JOSE GOMEZ**

Scot G. Doyen
Doyen Sebesta Ltd., LLP
1010 Lamar Street, Suite 950
Houston, TX 77002
713-580-8900

**ATTORNEY FOR INTERVENOR JOHN LAZO**

Veronica Garza
The Garza Law Firm
400 S.P.I.D., Suite 203
Corpus Christi, TX 78405
361-814-5500


**ATTORNEY FOR DEFENDANT MICROSOFT CORPORATION**

Douglas H. Fleming
Riddell Williams PS
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
206-624-3600

Thomas G. Yoxall
Jerry Clements
Locke Lord Bissell & Liddell LLP
2200 Ross Avenue, #2200
Dallas, TX 75201-6776
214-740-8683

Jaime A. Saenz
Eduardo Roberto Rodriguez
Rodriguez, Colvin, Chaney & Saenz, LLP
P.O. Box 2155
Brownsville, TX 78522
956-542-7441

Edie Gonzalez-Lemon
Lemon & Gonzalez-Lemon
520 E. Second Street
Alice, TX 78332
361-664-0011

**ATTORNEY FOR DEFENDANT JI-HAW INDUSTRIAL CO., LTD, A/K/A JI-HAW AMERICA, INC., AND JH AMERICA, INC., AND JBT INTERNATIONAL, INC. A/K/A JI-HAW AMERICA, INC. AND JH AMERCA, INC.**

Alex Huddleston
Strasburger
300 Convent Street, Suite 900
San Antonio, TX 78205-3715
210-250-6000