# EXHIBIT E

Dockets.Justia.com

03/20/2008 13:46 IFAX rwfax@riddellwilliams.com          → RWFax          ☑001/003
03/20/2008 15:34 FAX  361 643 9600        William J Tinning                    ☑001/003

# WILLIAM J. TINNING, P.C.
## ATTORNEY AT LAW

William J. Tinning
Board Certified/Texas Board of Legal Specialization
   * Civil Trial Law
     * Personal Injury Trial Law

1013 Bluff Drive
Portland, Texas 78374
Office Number: (361) 643-9200
Fax Number: (361) 643-9600

## FACSIMILE TRANSMITTAL

DATE:    March 20, 2008

## PLEASE DELIVERY THE FOLLOWING PAGES TO:

| | |
|---|---|
| Douglas Fleming | 206-389-1708 |
| Doug Allison | 888-6651 |
| Jaime Carillo | 361-595-0544 |

Total number of pages, including this page: __3__

RE:   Cause No. DC-06-218; Broquet/Lazo vs. Microsoft, et al

## DEMAND

HARD COPY WILL FOLLOW __XXX__   HARD COPY WILL NOT FOLLOW _____

If you do not receive all pages, please contact:   ____Gloria____

### PERSONAL AND CONFIDENTIAL/ATTORNEY-CLIENT PRIVILEGE
### ATTORNEY WORK PRODUCT

The information contained in this fax message is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and/or may be attorney work product and, as such, is privileged and confidential. The attorney-client privilege and the attorney work product privilege are expressly retained and intended to be preserved. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return to us by mail.

03/20/2008 13:46 IFAX rwfax@riddellwilliams.com          → RWFax          ☒002/003
03/20/2008 15:34 FAX  361 643 9600    William J Tinning                    ☒002/003

**WILLIAM J. TINNING, P.C.**

**ATTORNEY AT LAW**

1013 BLUFF DRIVE
PORTLAND, TEXAS 78374
TELEPHONE: (361) 643-9200
FAX: (361) 643-9600 or (361) 643-0004

BOARD CERTIFIED
CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

March 19, 2008

*Via Facsimile: 206-389-1708*
Mr. Douglas Fleming
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

Re:   Cause No.: DC-06-218; *Amador Lazo, et al vs. Microsoft and GameStop, Inc;*
      In the 229th Judicial District Court, Duval County, Texas

Dear Mr. Fleming:

The stay has been lifted and we are in the process of recommencing discovery as to your client. We will be seeking the depositions, not only the ones that were called off immediately before the stay was entered but also an apex deposition for Mr. Gates given his worldwide speeches about the inadequacies of capitalism and the need for his Warren Buffet funded charitable trust to bridge the gap. This is in direct contrast with his business organization policies which in fact are some of the largest employers of low wage earners in China for products built to the specification of his company which have resulted in massive recalls for the safety issues and product and efficiency issues which are at issue in this case. If the company is desirous of trying to sit down and settle this case, it needs to do so within the next thirty days.

Mr. Allison and I have discussed the points in the litigation trip where exit ramps are available, and this is frankly the last one available to Microsoft before the expense necessity and viability of a trial become pointed in the destination direction which will be the Courthouse in Duval County.

On behalf of my clients, Amador and Brittany Lazo, demand is hereby made for $12,500,000.00 each for their claims.

You are no doubt aware given the presence of your local counsel at the various hearing accomplishing it, that Gamestop Defendants have resolved their differences. Their counsel, Darrell Barger, was present at a jury trial for a similarly well known plaintiff, Ludi Benavides in her case against Ford Motor Company, which resulted in a $115,000,000.00 actual damage verdict for her for the loss of her daughter for the similarly cold-calculated conduct by Ford Motor Company in regards to the defects found in that case.

Ford was also defended in that case by one of your counsel in this case, Jaime Saenz, who I would invite you to consult with for his analysis of the dangers of this county for this type of case. Mr. Lazo's daughter and Brittany Lazo's sister virtually became melted as she tried to rescue her younger brother from a fire initiated by Microsoft's product.

03/20/2008 13:46 IFAX rwfax@riddellwilliams.com          → RWFax          ☑003/003
03/20/2008 15:34 FAX  361 643 9800     William J Tinning                   ☑003/003

Mr. Douglas Fleming                                      Page 2
Re:    Lazo                                              March 20, 2008

The contrast with my client, Brittany Lazo sitting next to her former cheerleader sister at the settlement hearings sends shivers up my spine, especially since it was virtually the same feeling I got after watching Ludi's daughter, Lisa, testify about the loss of her twin due to Ford's conduct.

There is no doubt in my mind a larger verdict than in the _Benavides v. Ford_ case is on the horizon in this county, for these Plaintiffs against this Defendant. If you wish to avoid that problematic scenario, you need to get back with Mr. Allison and myself, within thirty days for which this demand exist, it will expire on the close of business on April 18, 2008. It is specifically made to invoke the protections, provisions and penalties of the _Stowers Doctrine_ in Texas, and is inclusive of any and all derivative claims or claimants of Brittany or Amador Lazo.

Respectfully submitted,

LAW OFFICE OF WILLIAM J. TINNING

William J. Tinning

WJT/gsm
cc:    Mr. Doug Allison
       Mr. Amador Lazo
       Mr. Jaime Carrillo