# EXHIBIT F

CAUSE NO. DC-06-218

| | | |
|---|---|---|
| **BONNIE BROQUET**, *et al.* | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| AND | § | |
| **AMADOR LAZO, INDIVIDUALLY,** and **JOHN MICHAEL LAZO, INDIVIDUALLY** | § | 229TH JUDICIAL DISTRICT OF |
| Intervenors | § | |
| VS. | § | |
| **MICROSOFT CORPORATION**, *et al.* | § | |
| Defendants. | § | DUVAL COUNTY, TEXAS |

## NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION

TO THE HONORABLE COURT:

Please take notice that, pursuant to federal law, Defendant Microsoft Corporation ("Microsoft"), has filed a Notice of Removal with the clerk of the United States District Court for the Southern District of Texas, Corpus Christi Division. A true and correct copy of that Notice of Removal without exhibits is attached hereto as Exhibit A, and is being served upon all counsel of record pursuant to 28 U.S.C. § 1446(d). Microsoft respectfully requests that, pursuant to federal law, this Court proceed no further in this action.

Respectfully submitted,

*[signature]*

Eduardo Roberto Rodriguez
State Bar No. 00000080
Jaime A. Saenz
State Bar No. 17514859
Alison D. Kennamer
State Bar No. 11280400
**RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.**
Post Office Box 2155
1201 E. Van Buren Street - 78520
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

Edie Gonzalez-Lemon
State Bar No. 00793833
**LEMON & GONZALEZ-LEMON, LLP**
520 E. Second St.
Alice, Texas 78332
Telephone: (361) 664-0011
Facsimile: (361) 664-0013

Jerry K. Clements
State Bar No. 20888200
Thomas G. Yoxall
State Bar No. 00785304
Jason R. Marlin
State Bar No. 24050989
**LOCKE LORD BISSELL & LIDDELL LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000
(214) 740-8800 (Telecopy)

Douglas Fleming
**RIDDELL WILLIAMS P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
**COUNSEL FOR MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

I certify that on this 26th day of March 2008, a true and correct copy of the foregoing has been served upon all parties through their counsel addressed as follows:

| | |
|---|---|
| **Douglas A. Allison (via first-class U.S. mail, certified, return receipt requested)** <br> LAW OFFICE OF DOUGLAS ALLISON <br> 500 North Water Street <br> South Tower—Suite 1200 <br> Corpus Christi, Texas 78471 <br> **Counsel for Plaintiff Bonnie Broquet** <br><br> **J. Alex Huddleston (via first-class U.S. mail, certified, return receipt requested)** <br> STRASBURGER & PRICE, LLP <br> 300 Convent Street, Suite 900 <br> San Antonio, Texas 78205-3715 <br> **Counsel for Defendants Ji-Haw Industrial Co, Ltd., a/k/a Ji-Haw America, Inc. and JH America, Inc., and JBT International, Inc., a/k/a Ji-Haw America, Inc. and JH America, Inc.** | **William J. Tinning (via first-class U.S. mail, certified, return receipt requested)** <br> LAW OFFICE OF WILLIAM J. TINNING, P.C. <br> 1013 Bluff Drive <br> Portland, Texas 78374 <br> **Counsel For Intervenor Amador Lazo** <br><br> **Scot Doyen (via first-class U.S. mail, certified, return receipt requested)** <br> Doyen Sebesta <br> 1010 Lamar St., Suite 950 <br> Houston, Texas 77002 <br> **Counsel for Jose Gomez** |

_____
Counsel for Microsoft Corporation